**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GENGHIS KHAN A. STEVENSON, | ) | NO. CV 08-03251 GAF (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| v. | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Amended Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

Dated: September 4, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2