UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENGHIS KHAN ALI STEVENSON,<br><br>            Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>            Respondent. | NO. CV 08-03251 GAF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 9/4/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE